**EVAN C. GOYKE**
City Attorney

**MARY L. SCHANNING**
**ROBIN A. PEDERSON**
**NAOMI E. SANDERS**
**JULIE P. WILSON**
Deputy City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
PATRICK J. MCCLAIN
ANDREA J. FOWLER
JOANNA FRACZEK
HANNAH R. JAHN
MEIGHAN M. ANGER
ALEXANDER R. CARSON
GREGORY P. KRUSE
ALEX T. MUELLER
ALEXANDER D. COSSI
KATHERINE A. HEADLEY
SHEILA THOBANI
STACY J. MILLER
JORDAN M. SCHETTLE
THERESA A. MONTAG
ALEXANDER E. FOUNDOS
TRAVIS J. GRESHAM
KYLE W. BAILEY
JOSEPH M. DOBBS
WILLIAM K. HOTCHKISS
CLINT B. MUCHE
TYLER M. HELSEL
ZACHARY A. HATFIELD
MEGHAN C. MCCABE
CYNTHIA HARRIS ORTEGA
OLUWASEUN CHRIS IBITOYE
KEVIN P. TODT
NATHANIEL E. ADAMSON
MATTEO REGINATO
JOSHUA B. CRONIN
ROBERT W. SANDERS
ELIZABETH K. MILES
Assistant City Attorneys

December 16, 2025

Clerk of Courts
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Re: *Annette Kuglitsch, et al v. Douglas Haag*
Case No.: 25-CV-1970

Dear Clerk:

Enclosed please find copies of the 1) Notice of Appearance of Attorney Jordan M. Schettle; 2) Defendant's Notice of Removal attaching the Civil Cover Sheet, Summons and Complaint; which were filed electronically on December 15, 2025, and Notice of Filing of Petition for Removal as an attachment, and this Certificate of Service, which were filed electronically on December 16, 2025 with the court in the above-referenced matter. Thank you for your attention to the above.

Very truly yours,

*s/ Jordan M. Schettle*
JORDAN M. SCHETTLE
Assistant City Attorney

JMS/mcl

Enclosures

c: Hon. J. Arthur Melvin, III (w/enc.)
Annete Kuglitsch (w/enc.)
Peter Bernegger (w/enc.)

2025-002185:00000000001076

