---

PETER BERNEGGER et al.,

      **Plaintiffs,**

      **v.**                                **Case No. 25-C-1970**

DOUGLAS HAAG et al.,

      **Defendants.**

---

## ORDER DENYING MOTION TO DISMISS AS MOOT

---

On December 15, 2025, Plaintiffs filed this 42 U.S.C. § 1983 action against Defendants. Defendants filed a motion to dismiss on February 2, 2026. Rather than file a response to Defendants' motion, Plaintiffs filed their first amended complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a).

Generally, the filing of an amended complaint renders moot any pending motion to dismiss. *See, e.g.*, *Lim v. Central DuPage Hosp.*, 972 F.2d 758, 762 (7th Cir. 1992) (noting trial judge's denial of pending motion to dismiss as moot in light of amended complaint); *Johnson v. Dossey*, 515 F.3d 778, 780 (7th Cir. 2008) ("When an amended complaint is filed, the prior pleading is withdrawn and the amended pleading is controlling."). Accordingly, Defendants' motion to dismiss (Dkt. No. 11) is **DENIED as moot**.

**SO ORDERED** at Green Bay, Wisconsin this 24th day of February, 2026.

_____
William C. Griesbach
United States District Judge