Clerk of Court                                     March 12, 2026
US District Court
Green Bay, WI


Dear Clerk:

Please file the enclosed 4 affidavits of process service on the court record. Case no.
2:25-cv-01970-WCG.


Respectfully Submitted,

Peter Bernegger – Plaintiff
1806 Brynnwood Trace
New London, WI 54961
920-551-0510 peter@electionwatch.info